UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID GALINDO-CLOUD,<br><br>Petitioner,<br><br>v.<br><br>ISIDRO BACA,<br><br>Respondents. | Case No. 3:18-cv-00587-HDM-CBC<br><br>ORDER |

On January 31, 2019, the court entered an order dismissing this habeas corpus action based on a finding that petitioner had failed to timely pay the $5.00 filing fee. ECF No. 4. Petitioner has filed a motion asking the court to reconsider that order. ECF No. 7. With his motion, petitioner provides verification that he submitted a completed Inmate Account Transaction Request ("brass slip"), dated December 20, 2018, authorizing prison officials to deduct $5.00 from his prison account for the stated purpose of paying his filing fee to this court. *Id*.

Petitioner avers that, as of February 5, 2019, prison officials had yet to process his brass slip. In addition, a review of this court's records confirmed that, as of February 7, 2019, this court had yet to receive petitioner's filing fee.

Given these circumstances, the court will grant petitioner's motion for reconsideration and allow him an additional 30 days to pay the filing fee.

1  IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (ECF No. 7) is GRANTED. The order and judgment entered on January 31, 2019, are VACATED.

IT IS FURTHER ORDERED that petitioner shall have 30 days from the date this order is entered to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the Clerk shall send petitioner two copies of this order in the event petitioner needs an additional copy to attach to the check paying the filing fee.

IT IS FURTHER ORDERED that petitioner's motion for extension of time (ECF No. 6) is DENIED as moot.

DATED THIS  8  day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE